JOHN W. HUBER, United States Attorney (#7226)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
111 South Main Street, Suite #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-4137

FILED
U.S. DISTRICT COURT

2016 NOV 30  P 3: 41

DISTRICT OF UTAH

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | VIO. 21 U.S.C. § 841(a)(1), DISTRIBUTION OF METHAMPHETAMINE |
| vs. | |
| BEN AARON EASON and ROBERT SCOTT NOVOSEL, | Case: 2:16-cr-00621<br>Assigned To : Waddoups, Clark<br>Assign. Date : 11/30/2016<br>Description: USA v. |
| Defendants. | |

The Grand Jury Charges:

## COUNT I
### (21 U.S.C. § 841(a)(1), DISTRIBUTION OF METHAMPHETAMINE)

On or about November 21, 2015, in the Central Division of the District of Utah,

BEN EASON and ROBERT NOVOSEL,

defendants herein, did knowingly and intentionally distribute five (5) grams or more of

methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C.

§ 812, and did aid and abet therein; in violation of § 841(a)(1) and 18 U.S.C. § 2, and punishable under 21 U.S.C. §841(b)(1)(B).

## COUNT II
### (21 U.S.C. § 841(a)(1), DISTRIBUTION OF METHAMPHETAMINE)

On or about January 26, 2016, in the Central Division of the District of Utah,

ROBERT NOVOSEL,

defendant herein, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein; in violation of § 841(a)(1) and 18 U.S.C. § 2, and punishable under 21 U.S.C. §841(b)(1)(A).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
VEDA M. TRAVIS
Assistant United States Attorney