SHARON L. PRESTON (UT 7960)
Attorney for Defendant
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile: (801) 269-9581
Email: Sharon@prestonbrar.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | **ORDER ON MOTION TO CONTINUE SENTENCING** |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:16-cr-00621-CW |
| ROBERT SCOTT NOVOSEL, | Judge Clark Waddoups |
| Defendant. | |

Based on the Defendants Motion for the above-captioned case, and good cause appearing therefor, IT IS HEREBY ORDERED that the Motion to Continue be granted, and the Sentencing be continued until the _____ day of _____, 2018, at ___ : _____ am / pm.

BY THE COURT:

_____
Judge Clark Waddoups
*District Court Judge*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2018 I served a true and correct copy of the foregoing by e-filing on the following:

Veda M. Travis
111 South Main Street #1800
Salt Lake City, UT 84114

                                            /s/ Sharon L. Preston
                                            SHARON PRESTON
                                            *Attorney for Defendant*