IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **ROBERT SCOTT NOVOSEL,**<br><br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent. | **ORDER DENYING MOTION TO COMPEL**<br><br>**Case No. 2:16-cr-621**<br><br>**Judge Clark Waddoups** |

Before the court is Petitioner Robert Scott Novosel's Motion to Compel the Federal Bureau of Prisons to Honor the Court's Judgment (ECF No. 103), in which he asks the court to correct, or force the Federal Bureau of Prisons to correct, the computation of the "Expiration Full Term Date" of his sentence.

On November 6, 2018, the court imposed judgment against Mr. Novosel and committed him to the custody of the Federal Bureau of Prisons for a term of imprisonment of "42 months with credit for 21 months served." (ECF No. 100). Mr. Novosel argues that the Federal Bureau of Prisons has miscalculated the expiration date of his term and requests that the court order that the "Expiration Full Term Date" of his sentence be changed to August 6, 2020—nineteen months after he was sentenced. The court does not have the authority to enter such an order.

"[I]t is the Attorney General, and not the sentencing court, that computes the credit due [for time served]." *United States v. McGee*, 60 F.3d 1266, 1272 (7th Cir. 1995) (citing *United States v. Wilson*, 503 U.S. 329, 334 (1992)). As such, this court "'ha[s] no authority to order the BOP to give [Mr. Novosel] the credit because that authority rests exclusively with the BOP.'" *United States v. Walker*, 917 F.3d 989, 993–94 (7th Cir. 2019) (quoting *United States v. Ross*,

219 F.3d 592, 594 (7th Cir. 2000).  Mr. Novosel must first exhaust his administrative remedies with the Federal Bureau of Prisons before the court may hear his claim.  *See United States v. Wilson,* 503 U.S. 329, 335–36 (1992).  Because the court lacks jurisdiction to grant Mr. Novosel the request he seeks, Mr. Novosel's motion is **HEREBY DENIED**.

      SO ORDERED this 31st day of July, 2019.

BY THE COURT:

_____
Clark Waddoups
United States District Judge